*L. A. Luce,* and *Claude I. Parker* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 344. CONTINENTAL DISTILLING CORP. *v.* CONNECTICUT IMPORTING CO. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Raymond E. Hackett* for petitioner. *Messrs. Arthur Klein* and *David S. Day* for respondent.

No. 345. NATIONAL HOSPITAL SERVICE SOCIETY, INC. *v.* JORDAN, SUPERINTENDENT OF INSURANCE. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Messrs. Richmond B. Keech* and *Vernon E. West* for respondent.

No. 347. KALB *v.* YELLOW MANUFACTURING ACCEPTANCE CORP. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Elmer McClain* for petitioner. *Mr. David Charness* for respondent.

No. 351. STEIN ET AL. *v.* DELANO, COMPTROLLER OF THE CURRENCY, ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Saul J. Zucker* and *Lionel P. Kristeller* for petitioners. *Mr. John F. Anderson* for respondents.